DURANT *v.* THE SUPERVISORS OF ALBANY, 26 Wend. 66–109.

See Chancellor's opinion, id. p. 67.

*Bill in nature of Creditor's Bill for County Taxes.*

THE supervisors of Albany, after warrants for enforcing payment of county taxes had been returned *unsatisfied*, filed a bill similar to a judgment creditor's bill after return to *fieri facias* of *nulla bona.* Demurrer to the bill overruled by Vice Chancellor. On appeal from his decree,

The Chancellor sustained the bill also, holding it to be analogous to a creditor's bill upon return of execution at law, unsatisfied, and that the complainants had exhausted the remedy which the statute gives them against the property of the defendant, and that the suit was properly instituted in the name of the supervisors instead of the county treasurer. But

The Court of Errors, after full and elaborate argument by counsel held, that *such a bill* does not lie at the suit of a county to enforce the payment of county taxes, and that if the law was defective in this particular, it was the duty of the legislature to provide the remedy ; and that it did not belong to the Court of Chancery, to amplify its jurisdiction to that end.

☞ See the opinion of the President of the Senate (Bradish) in this case, reviewing the history of *creditor's bills* in England and this country.